UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

ASHLEY VAUGHT,

       Plaintiff,                          CASE NO. 9:16-CV-81888-RLR

vs.

STELLAR RECOVERY, INC.,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                          Respectfully submitted,

                                          /s/ *Jon Dubbeld*_____
                                          Jon P. Dubbeld, Esq.
                                          Fla. Bar No. 105869
                                          Berkowitz & Myer
                                          2820 First Avenue North
                                          St. Petersburg, Florida 33713
                                          Telephone: (727) 344-0123
                                          Jon@berkmyer.com
                                          *Attorneys for Plaintiff*