UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

ASHLEY VAUGHT,

        Plaintiff,                                  CASE NO. 9:16-CV-81888-RLR

vs.

STELLAR RECOVERY, INC.,

        Defendant.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

Respectfully submitted this 18th day of April, 2017.

| | |
|---|---|
| */s/ Jon Dubbeld*_____ | */s/ Alison N. Emery*_____ |
| Jon P. Dubbeld, Esq. | Alison N. Emery, Esq. |
| Fla. Bar No. 105869 | Fla Bar No. 621641 |
| Berkowitz & Myer | Assurance Law Group, PLLC |
| 4900 Central Ave | 3731 Hendricks Avenue |
| St. Petersburg, Florida 33707 | Jacksonville, FL 32207 |
| Telephone:  (727) 344-0123 | Telephone:(904) 497-4904 |
| Jon@berkmyer.com | Alison@assurancelawgroup.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |